UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER SLAUGHTER, ET AL.      )
         Plaintiffs,      )
                   )      No. 1:16-cv-346
-v-                )
                   )      HONORABLE PAUL L. MALONEY
JOHN MCCOY, ET AL,      )
         Defendants.      )
_____)

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 142), and pursuant to

Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

**Date:**  February 22, 2018               /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge